O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NATHAN D. L.,

         Plaintiff,

  v.

FRANK BISIGNANO,
Commissioner of Social Security,

         Defendant.

Case No. 5:25-cv-02364-SB-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, briefs, and other records on file herein (Dkt. Nos. 1, 11, 12, 14, 15), and the Report and Recommendation (R&R) of the United States Magistrate Judge (Dkt. No. 16). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the R&R is accepted and approved, and Judgment shall be entered reversing and remanding the case for further administrative proceedings.

DATED: April 3, 2026        _____

                          Hon. Stanley Blumenfeld, Jr.
                          UNITED STATES DISTRICT JUDGE