JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NATHAN D. L.,

   Plaintiff,

  v.

FRANK BISIGNANO,
Commissioner of Social Security,

   Defendant.

Case No. 5:25-cv-02364-SB-KES

**JUDGMENT**

  IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation (Dkt. No. 16), the decision of the Commissioner of the Social Security Administration is reversed and this action is remanded for further proceedings consistent with the Court's orders.

DATED: April 3, 2026



_____

Hon. Stanley Blumenfeld, Jr.
UNITED STATES DISTRICT JUDGE